JERONEMUS S. UNDERHILL, Respondent, *v.* SAMUEL COLLINS, Appellant.

(Argued May 31, 1892; decided June 17, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made May 11, 1891, which affirmed a judgment in favor of plaintiff entered upon a verdict directed by the court.

*P. Q. Eckerson* for appellant.

*Charles M. Demond* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

---

JOSEPH PERRY, Appellant, *v.* EUPHEMIA W. BEDELL et al., Respondents.

(Argued June 1, 1892; decided June 17, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 9, 1891, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial at Special Term.

*E. C. Neil* for appellant.

*D. W. Travis* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.